**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 26-1897

EEOC      VS.    Trustees of the University of Pennsylvania

**ENTRY OF APPEARANCE**

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

## See additional page.

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)     ☑ Appellant(s)     ☐ Intervenor(s)

☐ Respondent(s)     ☐ Appellee(s)     ☐ Amicus Curiae

(Type or Print) Counsel's Name   Ariel Shapell

☑ Mr.    ☐ Ms.    ☐ Mrs.    ☐ Miss    ☐ Mx.

Firm   ACLU of Pennsylvania

Address   P.O. Box 60173

City, State, Zip Code   Philadelphia, PA 19102

Phone 215-592-1513         Fax 267-573-3054

**Primary E-Mail Address (required)** ashapell@aclupa.org
**Additional E-Mail Address (1)** legaladmin@aclupa.org
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL: /s/ Ariel Shapell

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

## ADDITIONAL PAGE TO ENTRY OF APPEARANCE

AMERICAN ACADEMY OF JEWISH RESEARCH;

JEWISH LAW STUDENTS ASSOCIATION OF THE UNIVERSITY OF PENNSYLVANIA CAREY LAW SCHOOL;

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS;

UNIVERSITY OF PENNSYLVANIA CHAPTER OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; and

PENN ASSOCIATION OF SENIOR AND EMERITUS FACULTY