UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-130

No. 26-1897

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

v.

TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA;

AMERICAN ACADEMY OF JEWISH RESEARCH;
JEWISH LAW STUDENTS ASSOCIATION OF THE UNIVERSITY OF PENNSYLVANIA CAREY LAW SCHOOL;
AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS;
UNIVERSITY OF PENNSYLVANIA CHAPTERS OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS;
PENN ASSOCIATION OF SENIOR & EMERITUS FACULTY
(Intervenors in D.C.),
Appellants

(E.D. Pa. No. 2:25-cv-06502)

Present: KRAUSE, CHUNG and MASCOTT, *Circuit Judges*

1. Suggestion of Mootness filed by Intervenors-Appellants and Motion to Vacate the District Court's March 31, 2026 Decision and Order, with Request to Remand to the District Court with Instructions to Dismiss.

2. Response by Appellee EEOC in Opposition to Intervenors-Appellants' suggestion of Mootness and Motion to Vacate the District Court's March 31, 2026 Decision and Order, with Request to Remand.

3. Reply by Intervenors-Appellants in support of Motion to Vacate the District Court's March 31, 2026 Decision and Order, with Request to Remand.

Respectfully,
Clerk/lmr

# ORDER

The foregoing motion to vacate the District Court's March 31, 2026 order is GRANTED[1]. The matter is REMANDED to the District Court with the instruction to DISMISS.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: October 6, 2026
PDB/cc: All Counsel of Record

[1] Judge Mascott would deny the motion.