OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 6, 2026

Debo P. Adegbile
Wilmer Cutler Pickering Hale & Dorr
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Mark A. Aronchick
Hangley Aronchick Segal Pudlin & Schiller
1735 Market Street
26th Floor
Philadelphia, PA 19103

Harold C. Becker
Democracy Defenders Fund
600 Pennsylvania Avenue SE
Unit 15180
Washington, DC 20003

James Driscoll-MacEachron
United States Equal Employment Opportunity Commission
Washington Field Office
131 M Street NE
4th Floor, Suite 4NWO2F
Washington, DC 20507

Norman L. Eisen
Democracy Defenders Fund
600 Pennsylvania Avenue SE
Unit 15180
Washington, DC 20003

Matthew A. Hamermesh
Hangley Aronchick Segal Pudlin & Schiller
1735 Market Street
26th Floor
Philadelphia, PA 19103

Jeremy D. Horowitz
United States Equal Employment Opportunity Commission
Washington Field Office
131 M Street NE
4th Floor, Suite 4NWO2F
5th Floor
Washington, DC 20507

Eitan G. Kagedan
Hangley Aronchick Segal Pudlin & Schiller
1735 Market Street
26th Floor
Philadelphia, PA 19103

Debra M. Lawrence
Office of Chief Counsel
31 Hopkins Plaza
Suite 1300
Baltimore, MD 21201

Stephen A. Loney Jr.
American Civil Liberties Union of Pennsylvania
Legal
P.O. Box 60173
Philadelphia, PA 19102

Ariel Shapell
American Civil Liberties Union of Pennsylvania
Legal
P.O. Box 60173
Philadelphia, PA 19102

Witold J. Walczak
American Civil Liberties Union
P.O. Box 23058
Pittsburgh, PA 15222

Seth P. Waxman
Wilmer Cutler Pickering Hale & Dorr
2100 Pennsylvania Avenue NW
Washington, DC 20037

RE: EEOC v. Trustees of the University of Pennsylvania
Case Number: 26-1897

District Court Case Number: 2:25-cv-06502

ENTRY OF JUDGMENT

Today, **October 06, 2026,** the Court issued a case dispositive order in the above-captioned matter which serves as this Court's judgment. Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

s/ Pamela – Case Manager 267-299-4943